# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Dawn Newell

                        Plaintiff,

v.                                                     Case No.: 1:24–cv–07372
                                                         Honorable Franklin U. Valderrama

Perdoceo Education Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of the parties' joint status report [13], which indicates that the parties have reached a settlement in this matter. The Court directs the parties to file either a stipulation of dismissal or a joint status report updating the Court on the status of final resolution by 2/14/25. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.